**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

In re: Osage Water Company     §     Case No. 17-42759- DRD
                               §
                               §
                               §
        Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Jill D. Olsen, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $703,246.12 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $237,359.11 | | |

    3) Total gross receipts of $940,605.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $940,605.23 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $237,359.11 | $237,359.11 | $237,359.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $3,162,734.20 | $3,161,476.74 | $703,246.12 |
| **TOTAL DISBURSEMENTS** | $0.00 | $3,400,093.31 | $3,398,835.85 | $940,605.23 |

4) This case was originally filed under chapter 11 on 10/11/2017, and it was converted to chapter 7 on 11/17/2020. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/20/2021            By: /s/ Jill D. Olsen
                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DIP funds on hand at the time of conversion | 1290-010 | $940,605.23 |
| **TOTAL GROSS RECEIPTS** | | **$940,605.23** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Jill Olsen | 2100-000 | NA | $46,071.77 | $46,071.77 | $46,071.77 |
| Trustee, Expenses - Jill Olsen | 2200-000 | NA | $351.21 | $351.21 | $351.21 |
| Fees, United States Trustee | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| Banking and Technology Service Fee - Signature Bank | 2600-000 | NA | $3,361.63 | $3,361.63 | $3,361.63 |
| Income Taxes - Internal Revenue Service (post-petition) - Department of the Treasury - Internal Revenue Service | 2810-000 | NA | $156,856.00 | $156,856.00 | $156,856.00 |
| Other State or Local Taxes (post-petition) - Missouri Department of Revenue | 2820-000 | NA | $27,892.00 | $27,892.00 | $27,892.00 |
| Other Chapter 7 Administrative Expenses - Mike Keith Insurance, Inc. | 2990-000 | NA | $507.50 | $507.50 | $507.50 |
| Accountant for Trustee Fees (Other Firm) - Taylor Nold Kenney & Mitchell | 3410-000 | NA | $1,834.00 | $1,834.00 | $1,834.00 |
| Accountant for Trustee Expenses (Other Firm) - Taylor Nold Kenney & Mitchell | 3420-000 | NA | $160.00 | $160.00 | $160.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $237,359.11 | $237,359.11 | $237,359.11 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Gregory D. Williams | 7100-000 | $0.00 | $894,211.46 | $894,211.46 | $201,750.22 |
| 3 | William P. Mitchell | 7100-000 | $0.00 | $365,460.38 | $365,460.38 | $82,454.45 |
| 4 | William P. Mitchell | 7100-000 | $0.00 | $230,180.25 | $230,180.25 | $51,932.81 |
| 5 | Summit Investment Co., LLC | 7100-000 | $0.00 | $1,130,173.98 | $1,130,173.98 | $254,987.62 |
| 6 | Hancock Construction Company c/o Janice A. Harder, Trustee | 7100-000 | $0.00 | $498,208.13 | $496,950.67 | $112,121.02 |
| 7 | State of Missouri and Missouri Clean Water Comm | 7300-000 | $0.00 | $44,500.00 | $44,500.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$3,162,734.20** | **$3,161,476.74** | **$703,246.12** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 17-42759- DRD
**Case Name:** Osage Water Company
**For Period Ending:** 10/20/2021

**Trustee Name:** (450110) Jill D. Olsen
**Date Filed (f) or Converted (c):** 11/17/2020 (c)
**§ 341(a) Meeting Date:** 11/15/2017
**Claims Bar Date:** 03/23/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | DIP funds on hand at the time of conversion (u) | 0.00 | 940,605.23 | | 940,605.23 | FA |
| 1 | **Assets Totals (Excluding unknown values)** | **$0.00** | **$940,605.23** | | **$940,605.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

      3-12-21 - filed mtn to pay 2020 estate taxes
      4-5-21 - order entered
      4-7-21 - prompt determination letters sent to MO and IRS
      4-7-21 - one check from Signature Bank still outstanding.  Claimant said didn't receive it till April 2 and deposited it same day.
      5-3-21 - MDOR prompt determ reply
      6-7-21 - filed mtn to pay excess funds to court in Ch. 11 case.  Deadline is June 28.  TFR can be sent to UST after order is entered and funds paid to court.
      8-10-21 - TFR sent to UST and filed

**Initial Projected Date Of Final Report (TFR):** 03/31/2021     **Current Projected Date Of Final Report (TFR):** 08/10/2021 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

| | | Form 2 | | | Exhibit 9 | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Cash Receipts And Disbursements Record | | | Page: 1 | |

| Case No.: | 17-42759- DRD | Trustee Name: | Jill D. Olsen (450110) |
| --- | --- | --- | --- |
| Case Name: | Osage Water Company | Bank Name: | Signature Bank |
| Taxpayer ID #: | **-***2300 | Account #: | ******0995 Checking |
| For Period Ending: | 10/20/2021 | Blanket Bond (per case limit): | $1,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/18/20 | {1} | Chapter 11 Estate of Osage Water Company | Transfer of funds from Chapter 11 account to Chapter 7 account. | 1290-010 | 940,605.23 | | 940,605.23 |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 501.14 | 940,104.09 |
| 01/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,456.38 | 938,647.71 |
| 02/24/21 | 1001 | Gregory D. Williams | Per court approval of Interim Report, Doc. 234, dated 2-24-21 | 7100-000 | | 120,718.54 | 817,929.17 |
| 02/24/21 | 1002 | William P. Mitchell | Per court approval of Interim Report, Doc. 234, dated 2-24-21 | 7100-000 | | 49,337.15 | 768,592.02 |
| 02/24/21 | 1003 | William P. Mitchell | Per court approval of Interim Report, Doc. 234, dated 2-24-21 | 7100-000 | | 31,074.33 | 737,517.69 |
| 02/24/21 | 1004 | Summit Investment Co., LLC | Per court approval of Interim Report, Doc. 234, dated 2-24-21 | 7100-000 | | 152,573.48 | 584,944.21 |
| 02/24/21 | 1005 | Hancock Construction Company c/o Janice A. Harder, Trustee | Per court approval of Interim Report, Doc. 234, dated 2-24-21 | 7100-000 | | 67,088.34 | 517,855.87 |
| 02/26/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,404.11 | 516,451.76 |
| 03/04/21 | | Signature Bank | Wire From Former Bank | 9999-000 | | 516,451.76 | 0.00 |
| | | COLUMN TOTALS | | | 940,605.23 | 940,605.23 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 516,451.76 | |
| | | Subtotal | | | 940,605.23 | 424,153.47 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $940,605.23 | $424,153.47 | |

{ } Asset Reference(s)       UST Form 101-7-TDR ( 10 /1/2010)                            ! - transaction has not been cleared

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 17-42759- DRD | Trustee Name: | Jill D. Olsen (450110) |
|---|---|---|---|
| Case Name: | Osage Water Company | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2300 | Account #: | ******6372 Checking Account |
| For Period Ending: | 10/20/2021 | Blanket Bond (per case limit): | $1,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/04/21 | | Metropolitan Commercial Bank | Wire Transfer To Fund New Bank Account | 9999-000 | 516,451.76 | | 516,451.76 |
| 03/16/21 | 101 | Mike Keith Insurance, Inc. | Acct #GARYCOV-01 | 2990-000 | | 507.50 | 515,944.26 |
| 04/06/21 | 102 | Missouri Department of Revenue | EIN 43-1462300, 2020 Corp. Income Tax | 2820-000 | | 27,892.00 | 488,052.26 |
| 04/15/21 | | Department of the Treasury - Internal Revenue Service | 2020 federal taxes per court order 4-5-21 (Doc. #236) | 2810-000 | | 156,856.00 | 331,196.26 |
| 04/30/21 | 103 | Taylor Nold Kenney & Mitchell LLC | CPA fees &expenses per court order 4-30-21 (Doc. #242) | | | 1,994.00 | 329,202.26 |
| | | Taylor Nold Kenney & Mitchell | CPA fees allowed per court order 4-30-21 (Doc. #242) $1,834.00 | 3410-000 | | | |
| | | Taylor Nold Kenney & Mitchell | CPA expenses allowed per court order 4-30-21 (Doc. #242) $160.00 | 3420-000 | | | |
| 09/02/21 | 104 | Jill Olsen | Combined trustee compensation & expense dividend payments. | | | 46,422.98 | 282,779.28 |
| | | Jill Olsen | Claims Distribution - Sat, 08-07-2021 $46,071.77 | 2100-000 | | | |
| | | Jill Olsen | Claims Distribution - Sat, 08-07-2021 $351.21 | 2200-000 | | | |
| 09/02/21 | 105 | U.S. Department of Justice Office of the United States Trust | Claim No 8 Distribution payment 100.00% of $325.00. | 2950-000 | | 325.00 | 282,454.28 |
| 09/02/21 | 106 | Gregory D. Williams | Claim No 2 Distribution payment 9.06% of $894,211.46. | 7100-000 | | 81,031.68 | 201,422.60 |
| 09/02/21 | 107 | William P. Mitchell | Claim No 3 Distribution payment 9.06% of $365,460.38. | 7100-000 | | 33,117.30 | 168,305.30 |
| 09/02/21 | 108 | William P. Mitchell | Claim No 4 Distribution payment 9.06% of $230,180.25. | 7100-000 | | 20,858.48 | 147,446.82 |
| 09/02/21 | 109 | Summit Investment Co., LLC | Claim No 5 Distribution payment 9.06% of $1,130,173.98. | 7100-000 | | 102,414.14 | 45,032.68 |
| 09/02/21 | 110 | Hancock Construction Company c/o Janice A. Harder, Trustee | Claim No 6 Distribution payment 9.06% of $496,950.67. Stopped on 10/01/2021 | 7100-005 | | 45,032.68 | 0.00 |
| 10/01/21 | 110 | Hancock Construction Company c/o Janice A. Harder, Trustee | Claim No 6 Distribution payment 9.06% of $496,950.67. Stopped: check issued on 09/02/2021 | 7100-005 | | -45,032.68 | 45,032.68 |
| 10/08/21 | 111 | Hancock Construction Company | Re-issuance of stop payment on Check #110 | 7100-000 | | 45,032.68 | 0.00 |
| | | **COLUMN TOTALS** | | | 516,451.76 | 516,451.76 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 516,451.76 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 516,451.76 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $516,451.76 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-42759- DRD | **Trustee Name:** | Jill D. Olsen (450110) |
| **Case Name:** | Osage Water Company | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***2300 | **Account #:** | ******6372 Checking Account |
| **For Period Ending:** | 10/20/2021 | **Blanket Bond (per case limit):** | $1,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0995 Checking | $940,605.23 | $424,153.47 | $0.00 |
| ******6372 Checking Account | $0.00 | $516,451.76 | $0.00 |
| | **$940,605.23** | **$940,605.23** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)